# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| F. FREDERIC FOUAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE MILTON HERSHEY SCHOOL AND SCHOOL TRUST, ELLIOTT GREENLEAF, P.C., PETER GURT, RALPH CARFAGNO, ROBERT HEIST, VELMA REDMOND, DAVID SALTZMAN, JAMES C. KATZMAN JAMES W. BROWN, M. DIANE KOKEN, JAMES M. MEAD, MELISSA L. PEEPLES-FULLMORE, JAN LOEFFLER BERGEN, ANDREW S. CLINE, AND JARAD W. HANDELMAN,<br><br>　　　　Defendants. | **1:19-cv-00253-JEJ**<br><br>**(Judge Jones)**<br><br>**Electronically Filed** |

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of Defendants Robert Heist, Velma Redmond, David Saltzman, James C. Katzman, James W. Brown, M. Diane Koken, James M. Mead, Melissa L. Peeples-Fullmore, and Jan Loeffler Bergen's Motion to Dismiss Plaintiff F. Frederic Fouad's Complaint and any responses thereto, it is HEREBY ORDERED that the Motion is GRANTED.  Plaintiff's claims against Defendants Robert Heist, Velma Redmond, David Saltzman, James C. Katzman, James W. Brown, M. Diane Koken, James M.

Mead, Melissa L. Peeples-Fullmore, and Jan Loeffler Bergen are DISMISSED WITH PREJUDICE.

_____
Jones III, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| F. FREDERIC FOUAD,<br><br>        Plaintiff,<br><br>    v.<br><br>THE MILTON HERSHEY SCHOOL AND SCHOOL TRUST, ELLIOTT GREENLEAF, P.C., PETER GURT, RALPH CARFAGNO, ROBERT HEIST, VELMA REDMOND, DAVID SALTZMAN, JAMES C. KATZMAN JAMES W. BROWN, M. DIANE KOKEN, JAMES M. MEAD, MELISSA L. PEEPLES-FULLMORE, JAN LOEFFLER BERGEN, ANDREW S. CLINE, AND JARAD W. HANDELMAN,<br><br>        Defendants. | 1:19-cv-00253-JEJ<br><br>(Judge Jones)<br><br>Electronically Filed |

**Motion to Dismiss of Defendants Robert Heist, Velma Redmond, David Saltzman, James C. Katzman, James W. Brown, M. Diane Koken, James M. Mead, Melissa L. Peeples-Fullmore, and Jan Loeffler Bergen**

Defendants Robert Heist, Velma Redmond, David Saltzman, James C. Katzman, James W. Brown, M. Diane Koken, James M. Mead, Melissa L. Peeples-Fullmore, and Jan Loeffler Bergen (the "Board Defendants"), respectfully move the Court under Fed. R. Civ. P. 12(b)(6) to dismiss Counts One, Two, Four, and Five of the Complaint in accordance with L.R. 7.5.  With the dismissal of Counts

One, Two, Four, and Five, there will be no claims pending against the Board Defendants and they should accordingly be dismissed from this action.

WHEREFORE, Defendants Robert Heist, Velma Redmond, David Saltzman, James C. Katzman, James W. Brown, M. Diane Koken, James M. Mead, Melissa L. Peeples-Fullmore, and Jan Loeffler Bergen, respectfully request this Court to:

    a.    Grant this Motion;

    b.    Dismiss Counts One, Two, Four, and Five of the Complaint as to the Board Defendants;

    c.    Dismiss the Board Defendants from this case; and

    d.    Grant such other relief in favor of Defendants as the Court deems just and equitable.

Respectfully submitted,

**SAUL EWING ARNSTEIN & LEHR LLP**

s/ Alexander R. Bilus
James A. Keller, Esq.
Alexander R. Bilus, Esq.
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-4000
James.Keller@saul.com
Alexander.Bilus@saul.com

Andrew S. Gordon, Esq.
Penn National Insurance Plaza
2 North Second Street, 7th Floor
Harrisburg, PA 17101-1619
(717) 257-7579
Andrew.Gordon@saul.com

Colleen Fox, Esq.
650 College Road East, Suite 4000
Princeton, New Jersey 08540
(609) 452-3145
colleen.fox@saul.com

*Attorneys for Defendants Robert Heist, Velma Redmond, David Saltzman, James C. Katzman, James W. Brown, M. Diane Koken, James M. Mead, Melissa L. Peeples-Fullmore, and Jan Loeffler Bergen*

Dated: March 6, 2019

## CERTIFICATE OF NON-CONCURRENCE/CONCURRENCE

I, Alexander R. Bilus, Esquire, counsel for Defendants Robert Heist, Velma Redmond, David Saltzman, James C. Katzman, James W. Brown, M. Diane Koken, James M. Mead, Melissa L. Peeples-Fullmore, and Jan Loeffler Bergen hereby certify that the parties have conferred and that Plaintiff does not concur in this Motion. All of the defendants concur in this Motion.


                                         /s/     Alexander R. Bilus
                                               Alexander R. Bilus


Dated:  March 6, 2019

# CERTIFICATE OF SERVICE

I, Alexander R. Bilus, Esquire, hereby certify that I caused the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document upon Plaintiff and all counsel of record.

Additionally, I caused the foregoing to be served electronically on the following by email:

Jeffrey Schreiber Esq.
Meister Seelig & Fein LLP
125 Park Avenue, 7th Floor
New York, New York 10017
js@msf-law.com

F. Frederic Fouad, Esq.
c/o Beasley School of Law of Temple University
Japan Campus
Mita Hall, 3rd Floor
4-1-27 Mita, Minato-ku
Tokyo, Japan 108-0073
Email: ricfouad@gmail.com

/s/ Alexander R. Bilus

Dated: March 6, 2019