# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| F. FREDERIC FOUAD, | : Civil No. 1:19-CV-00253 |
| Plaintiff, | : |
| v. | : |
| | : Judge Jennifer P. Wilson |
| THE MILTON HERSHEY SCHOOL AND SCHOOL TRUST, *et al.*, | : |
| Defendant, | : Magistrate Judge Martin C. Carlson |

## ORDER

**AND NOW**, on this 28th day of September, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The stay of this matter, *see* Doc. 474 at 2, is **LIFTED**.

2. Plaintiff's motion for leave to file a supplemental brief on the issue of subject matter jurisdiction, Doc. 488, is **DENIED AS MOOT**.

3. All pending appeals from non-dispositive orders issued by United States Magistrate Judge Martin C. Carlson (Docs. 343, 354, 362, 442) are **DENIED AS MOOT**.

4. The Clerk of Court is directed to **REMAND** this case to the New York County Supreme Court in New York, New York.

5. Upon effectuating the remand, the Clerk of Court is directed to close this case.

                                                 <u>s/Jennifer P. Wilson</u>
                                                 JENNIFER P. WILSON
                                                 United States District Court Judge
                                                 Middle District of Pennsylvania